# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**JAMES O. MURRAY**

      vs.                     **CASE NUMBER: 9:06-CV-1445 (GTS/ATB)**

**T. FINN, S. TALBOT,
G.O. GRANEY and J. ELSER**

**Jury Verdict.**    This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED

    That with respect to plaintiff's claim for use of excessive force against him on or about May 12, 2005, Plaintiff is awarded damages as to Defendant Talbot in the amount of $100,000.00;

    That with respect to plaintiff's claim for failure to intervene in the use of excessive force against him on or about May 12, 2005, Plaintiff is awarded damages as to Defendant Graney in the amount of $50,000.00;

    That punitive damages are not awarded as to Defendant Talbot and Defendant Graney; and

    That all claims as to Defendant Elser and Defendant Finn are dismissed.

    All of the above pursuant to a jury verdict rendered on March 3, 2010 before the Honorable Judge Glenn T. Suddaby.

DATED: March 4, 2010

                                                   *Clerk of Court*

                                                   s/
                                                 L. Welch
                                                 Deputy Clerk