## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF NEW YORK

## AMENDED JUDGMENT IN A CIVIL CASE

_____

**JAMES O. MURRAY**

      vs.                          **CASE NUMBER: 9:06-CV-1445 (GTS/ATB)**

**T. FINN, S. TALBOT,
G.O. GRANEY and J. ELSER**

_____

**Jury Verdict.**     This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED

     That with respect to plaintiff's claim for use of excessive force against him on or about May 12, 2005, Plaintiff is awarded damages as to Defendant Talbot in the amount of $100,000.00; that with respect to plaintiff's claim for failure to intervene in the use of excessive force against him on or about May 12, 2005, Plaintiff is awarded damages as to Defendant Graney in the amount of $50,000.00; that punitive damages are not awarded as to Defendant Talbot and Defendant Graney; and that all claims as to Defendant Elser and Defendant Finn are dismissed. All of the above pursuant to a jury verdict rendered on March 3, 2010 before the Honorable Judge Glenn T. Suddaby.

     That pursuant to the memorandum-decision and order issued on January 21, 2011 by Honorable Judge Glenn T. Suddaby granting Defendant's motion for remittitur, the total award for compensatory damages is reduced to fifty thousand dollars ($50,000.00) in total against both Defendants Talbot and Graney with plaintiff's consent or a new trial is ordered, and the plaintiff having filed a letter of acceptance of the reduction in damages in lieu of a new trial on February 25, 2011.

     Judgment is hereby entered in favor of the plaintiff against Defendants S. Talbot and G.O. Graney in the amount of fifty thousand dollars ($50,000.00).

DATED: March 2, 2011

*[signature]*
Clerk of Court

s/_____
L. Welch
Deputy Clerk